**ORDER SHORTENING TIME**

Upon the application of Attorneys Joseph E. Floren, Kim Alexander Kane, and Stephen S. Kent, counsel for Defendant Gary T. Armitage, and with good cause appearing,

IT IS HEREBY ORDERED that the time for notice and hearing of the Motion to Withdraw as Counsel for Gary T. Armitage is shortened, and the same shall be heard on the 11th day May, 2011, at 9:00 A.M. . Any opposition to the motion must be filed and served by May 4, 2011.

Dated: April 21, 2011

_____
UNITED STATES MAGISTRATE JUDGE