1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                      DISTRICT OF NEVADA - RENO
10

11  MYREE D. RUPRACHT, individually and        Case No. 3:07-cv-00231-RCJ
    as Trustee of the ROBERT AND MYREE
12  RUPRACHT FAMILY TRUST,                    [~~~~~~~~~~] ORDER GRANTING
                                              MOTION TO WITHDRAW AS COUNSEL
13                  Plaintiff,                FOR GARY T. ARMITAGE

14         vs.

15  UNION SECURITY INSURANCE
    COMPANY; GARY T. ARMITAGE; and
16  DOES I-X,

17                  Defendants.

18
19  .
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOT. TO
WITHDRAW AS COUNSEL FOR G.                              CASE NO. 3:07-CV-00231-RCJ
ARMITAGE

1  The Motion to Withdraw as Counsel for Gary T. Armitage came before this Court on
2  shortened notice.
3  After considering the moving papers, arguments of counsel and all other matters presented
4  to the Court, IT IS HEREBY ORDERED THAT:
5  The Motion to Withdraw as Counsel for Gary T. Armitage is GRANTED.  Joseph E.
6  Floren and Kim Alexander Kane of Morgan, Lewis & Bockius LLP, and Stephen S. Kent of Kent
7  Law are no longer counsel of record for Gary T. Armitage.
8  IT IS SO ORDERED.

Dated: May 11, 2011

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN, (*pro hac vice*)
KIM ALEXANDER KANE, (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
jfloren@morganlewis.com
kkane@morganlewis.com